**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION**


**KALANDA MUKENDI,**                    *

    **Petitioner,**                    *

**vs.**                    *    **CA 07-0388-CG-C**

**MICHAEL CHERTOFF, etc.,**                    *
**et al.,**
                                     *

    **Respondents.**

## ORDER

After due and proper consideration of all portions of this file deemed

relevant to the issues raised, and there having been no objections filed, the

recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B)

and dated August 30, 2007 is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 13th day of September, 2007.


               /s/ Callie V. S. Granade_____
               CHIEF UNITED STATES DISTRICT JUDGE